279 So.2d 149

**In re Bobby L. "Buddy" FORD**

**v.**

**STATE.**

**Ex parte STATE of Alabama ex rel. ATTORNEY GENERAL.**

**SC 398.**

Supreme Court of Alabama.

June 7, 1973.

William J. Baxley, Atty. Gen., Montgomery, and Samuel L. Adams, Sp. Asst. Atty. Gen., Dothan, for the State.

No brief for respondent.

MERRILL, Justice.

Petition of the State by its Attorney General for Certiorari to the Court of Criminal

Appeals to review and revise the judgment and decision of that Court in Ford v. State, 50 Ala.App. 343, 279 So.2d 146.

Writ denied.

HEFLIN, C. J., and HARWOOD, MADDOX and FAULKNER, JJ., concur.